UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MILTON WILLIAMS,<br><br>                          Plaintiff,<br><br>-against-<br><br>EVERLASTING MOBILITY LLC,<br><br>                          Defendant. | 23-cv-6590 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

       The complaint in this case was filed on July 28, 2023. To date, Defendant has neither appeared nor filed an answer. By **August 31, 2023, at 5:00 p.m.**, Plaintiff is hereby ORDERED to file on ECF a letter updating the Court on the status of the case. The letter shall address (1) whether this case has settled or otherwise been terminated, (2) whether there have been any communications with the Defendant, (3) efforts made to serve the Defendant, and (4) whether Plaintiff intends to move for default judgment or to voluntarily dismiss this case. The letter shall not exceed two (2) pages.

       SO ORDERED.

Dated: August 28, 2023
       New York, New York

                                                     ARUN SUBRAMANIAN
                                                  United States District Judge