UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MILTON WILLIAMS,<br><br>                             Plaintiff,<br><br>-against-<br><br>EVERLASTING MOBILITY LLC,<br><br>                            Defendant. | 23-cv-6590 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The complaint in this case was filed on July 28, 2023. Dkt. 1. On August 28, 2023, the Court ordered Plaintiff to update the Court on the status of service. Dkt. 8. On August 30, 2023, Plaintiff said that the "Summons and Complaint are currently in the process of being served and service will be effectuated consistent with Fed. R. Civ. Pro. Rule 4." Dkt. 9. But Defendant still has neither appeared nor filed an answer. And there is no indication of service on the docket.

      By **September 21, 2023, at 5:00 p.m.**, Plaintiff is again ORDERED to file on ECF a letter updating the Court on the status of the case. The letter shall address (1) whether this case has settled or otherwise been terminated, (2) whether there have been any communications with the Defendant, (3) **specific** efforts made to serve the Defendant, and (4) whether Plaintiff intends to move for default judgment or to voluntarily dismiss this case. The letter shall not exceed two pages.

      SO ORDERED.

Dated: September 15, 2023
       New York, New York

                                                ARUN SUBRAMANIAN
                                                United States District Judge